UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                                   Criminal No. 11-cr-155-01-JL

Comilus Earl Pope

O R D E R

     The assented to motion to reschedule jury trial (document no. 7) filed by defendant is granted in part.  The continuance is limited to 60 days. The request is reasonable but the requested length is excessive. If obtaining discovery is a problem (which seems unlikely) the defendant should request relief from the court, and it seems that US Probation should be able to assist with requests about the defendant's criminal records without necessitating a certified record of every conviction in question.  Final Pretrial is rescheduled to February 23, 2012 at 10:00 a.m.; Trial is continued to the two-week period beginning March 6, 2012, 9:30 a.m.

     Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

     SO ORDERED.

Date: December 5, 2011

                                                 Joseph N. Laplante
                                                 Chief Judge

cc:  Michael C. Shklar, Esq.
     Terry Ollila, AUSA
     U.S. Marshal
     U.S. Probation