UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                    Criminal No. 11-cr-155-01-JL

Comilus Earl Pope

ORDER

The assented to motion to reschedule jury trial (document no. 17) filed by defendant is granted in part. The continuance is limited to 30 days; Final Pretrial is rescheduled to May 30, 2012 at 11:00 a.m.; Trial is continued to the two-week period beginning June 5, 2012, 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                  _____
                                                  Joseph N. Laplante
                                                  Chief Judge

Date: April 23, 2012

cc:  Terry Ollila, AUSA
     Michael Schklar, Esq.
     U.S. Marshal
     U.S. Probation