UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                    Criminal No. 11-cr-155-01-JL

<u>Comilus Earl Pope</u>

O R D E R

    The assented to motion to reschedule jury trial (document no. 23) filed by defendant is granted; no further continuances.  Final Pretrial is rescheduled to July 26, 2012 at 11:30 a.m.; Trial is continued to the two-week period beginning August 7, 2012, 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  May 21, 2012

cc:  Michael Shklar, Esq.
     Terry Ollila, Esq.
     U.S. Marshal
     U.S. Probation